UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                         Plaintiff,

                                                                              DECISION AND ORDER

                                                                              05-CR-6047L

                        v.

SCOTT BURHYTE,

                        Defendant.
_____

      Defendant has filed a motion (Dkt. # 118), *pro se,* for the Court to "reconsider" the sentence imposed over two years ago. The Court has no jurisdiction to change the sentence imposed and, if I could, defendant has shown no reason to do so. Defendant was a career offender but received a reduced sentence based on the Government's departure motion. Defendant's motion (Dkt. #118) is denied.

      IT IS SO ORDERED.

                                                    _____
                                                          DAVID G. LARIMER
                                                      United States District Judge

Dated: Rochester, New York
       September 5, 2008.